UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> VIA LICENSING CORPORATION, <br><br> Defendant. | Case No. 22-cv-01405-TLT (AGT) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 54 |

    The parties' request for an extension of the Court's discovery deadlines is granted. The new deadlines set forth below now govern. These new deadlines don't affect the dispositive motion filing deadline or the dates set for the final pretrial conference and trial.

| **Event** | **Prior Deadline** | **New Deadline** |
|---|---|---|
| Fact discovery cutoff | April 7, 2023 | May 5, 2023 |
| Opening expert reports | April 14, 2023 | May 12, 2023 |
| Rebuttal expert reports | May 15, 2023 | June 6, 2023 |
| Expert discovery cutoff | June 13, 2023 | June 20, 2023 |

    During the extended fact-discovery period, the parties may conduct fact depositions that were properly noticed before the prior fact-discovery deadline (April 7); may conduct discovery on issues raised during or resulting from fact depositions, such as requests for specific unproduced documents; and may follow up on outstanding discovery requests, such as Via's first and second sets of requests for production. No discovery dispute related to fact discovery may be filed more than seven days after the new fact-discovery cutoff. *See* Civ. L.R. 37-3. No discovery

dispute related to expert discovery may be filed more than seven days after the new expert-discovery cutoff. *See id.*

**IT IS SO ORDERED.**

Dated: April 4, 2023

Alex G. Tse
United States Magistrate Judge